(125 So. 801)

### Carl WEAVER v. STATE. (1 Div. 586.)

Supreme Court of Alabama. Jan. 23, 1930.

Taylor & Taylor, of Mobile, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition of Carl Weaver for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Weaver v. State, 125 So. 800.

Writ denied.

ANDERSON, C. J., and SAYRE, BROWN, and FOSTER, JJ., concur.